**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PATRICIA KIRK,

    Plaintiff,

v.

MEDIA UNDERGROUND, INC., et al.,

    Defendants.

2:09-CV-451 JCM (LRL)

## ORDER

Presently before the court is the case of *Kirk v. Media Underground, Inc., et. al.,* 2:09-cv-00451-JCM-LRL).

On September 2, 2011, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case within thirty (30) days, the court would dismiss the case for want of prosecution. (Doc. #25). To date, plaintiff having taken no further action to prosecute this

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Kirk v. Media Underground, Inc., et. al.* (2:09-cv-00451-JCM-LRL) be, and the same hereby is, DISMISSED.

DATED October 11, 2011.

_____
UNITED STATES DISTRICT JUDGE